## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RUBY HISER**                                                                                           **PLAINTIFF**

**v.**                                          **No. 4:11-cv-00517 KGB**

**XTO ENERGY INC.**                                                                              **DEFENDANT**

### ORDER

The trial of this matter resulted in a jury verdict in favor of plaintiff, Ruby Hiser. XTO Energy Inc. ("XTO") has filed a motion seeking permission to contact jurors and, pursuant to Local Rule 7.2(b), has requested that the Court order an expedited response from Ms. Hiser. Ms. Hiser shall have until 5:00 p.m. Tuesday, September 4, 2012 to file a response to XTO's motion.

SO ORDERED this 31st day of August, 2012.

_____
Kristine G. Baker
United States District Judge