IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUBY HISER                                                                                                PLAINTIFF

v.                                              No. 4:11CV00517 KGB

XTO ENERGY INC.                                                                                   DEFENDANT

## ORDER

By prior Order, the Court scheduled the examinations of jurors Norvella Watson and Carrie Tranum. Those examinations have now been conducted. In Court on August 7, 2013, the Court reported to all counsel of record that it had attempted to contact juror Michael Horn to schedule his examination but had been unsuccessful in reaching him. Multiple messages have been left for Mr. Horn on all of the telephone numbers provided to the Court as points of contact for him; those calls have not been returned. That situation has not changed to date.

The Court provides this notice to counsel of record in the matter. If the parties wish to make further requests of the Court or submissions for the Court's consideration regarding the pending post-trial motions in this matter, they are directed to do so on or before September 10, 2013. The parties are directed to refrain from contacting these jurors.

SO ORDERED this 30th day of August, 2013.

_____
Kristine G. Baker
United States District Judge